# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEREMIAH MATTHEW ANDERSON,

    Plaintiff,

v.                                                               Case No:   6:25-cv-1677-CEM-LHP

WESTLAKE SERVICES, LLC,

    Defendant

## ORDER

Before the Court is a Motion to Remand to State Court, filed by Plaintiff, who appears *pro se*. Doc. No. 8. On review, the motion (Doc. No. 8) is **DENIED without prejudice** for failure to contain a certificate of conferral as required by Local Rule 3.01(g). *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2025.

*/s/ Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties